B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bahramis, George J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4860** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**236 Waukegan Rd.**<br>**Glenview, IL**<br>ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which |
|---|---|---|

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bahramis, George J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Ariel Weissberg                                  **February  8, 2012**<br>Signature of Attorney for Debtor(s)                        (Date)<br>**Ariel Weissberg 03125591** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Bahramis, George J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George J. Bahramis**
Signature of Debtor  **George J. Bahramis**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February  8, 2012**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.
Suite 403
Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**February  8, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **George J. Bahramis**  _____    Case No. _____

Debtor(s)    Chapter    **7**  _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ George J. Bahramis**
                      **George J. Bahramis**

Date:  **February  8, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **George J. Bahramis**                                                          ,          Case No. _____

                                                Debtor

                                                                                         Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,695,000.00 | | |
| B - Personal Property | Yes | 4 | 48,278.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,291,448.78 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 38,317,364.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | | Total Assets | 1,743,278.80 | | |
| | | | Total Liabilities | 43,608,813.58 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **George J. Bahramis**                                 ,       Case No. _____

                                            Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re   **George J. Bahramis**                                    Case No. _____

                                                       ,

                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Second Mortgage | | | | | |
| **Bank of America** **P.O. Box 650070** **Dallas, TX 75265** | | - | **441 Grant Place, Unit D, Chicago, IL 60614-3806** | | | | | |
| | | | Value $          **275,000.00** | | | | **192,498.71** | **121,640.52** |
| Account No. | | | first mortgage | | | | | |
| **Belmont Bank & Trust** **8250 W. Belmont Avenue** **Chicago, IL 60634** | | - | **2201 N. Cleveland, Chicago, Illinois** | | | | | |
| | | | Value $           **70,000.00** | | | | **112,111.00** | **42,111.00** |
| Account No. | | | Lien | | | | | |
| **Belmont Bank & Trust** **8250 W. Belmont Avenue** **Chicago, IL 60634** | | - | **2008 Acura MDX (1/2 interest) (approx.)** | | | | | |
| | | | Value $           **18,000.00** | | | | **3,100,000.00** | **3,082,000.00** |
| Account No. xxxxxxxxxx0302 | | | Auto Loan | | | | | |
| **Chase Auto Finance** **PO Box 9001083** **Louisville, KY 40290-1083** | | - | **2010 Infinity Q56 (1/2 interest) (approx.)** | | | | | |
| | | | Value $           **26,000.00** | | | | **28,460.26** | **2,460.26** |

| | | |
|---|---|---|
| __1__   continuation sheets attached | Subtotal (Total of this page) | **3,433,069.97** | **3,248,211.78** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **George J. Bahramis** _____ ,    Case No. _____
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Bank of Highland Park<br>Highland Park, IL 60035** | X | - | Second Mortgage<br><br>**1534 Hawthorne Lane, Glenview, IL (1/2 interest) (approx.)**<br><br>Value $          1,350,000.00 | | | | 550,000.00 | 98,960.00 |
| Account No.<br><br>**JPMorgan Chase<br>35 Wacker Drive<br>Chicago, IL 60603** | | - | First Mortgage<br><br>**441 Grant Place, Unit D, Chicago, IL 60614-3806**<br><br>Value $          275,000.00 | | | | 205,277.00 | 205,277.00 |
| Account No. **xxxxxx7192**<br><br>**Merrill Lynch<br>PO Box 15289<br>Wilmington, DE 19886-5289** | X | - | First Mortgage<br><br>**1534 Hawthorne Lane, Glenview, IL (1/2 interest) (approx.)**<br><br>Value $          1,350,000.00 | | | | 898,960.00 | 0.00 |
| Account No. **xx-xx981-8**<br><br>**Washington Federal Bank<br>2869 South Archer<br>Chicago, IL 60608** | | - | Third Mortgage<br><br>**441 Grant Place, Unit D, Chicago, IL 60614-3806**<br><br>Value $          275,000.00 | | | | 204,141.81 | 0.00 |
| Account No.<br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 1,858,378.81 | 304,237.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 5,291,448.78 | 3,552,448.78 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **George J. Bahramis**                                                                 ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **George J. Bahramis**                                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | City of Chicago v. Belmont & Hudson, LLC, 11WD, BSW0326990 | | | | | | |
| **City of Chicago** **8212 Innovation Way** **Chicago, IL 60682-0082** | X | - | | | | X | Unknown | **Unknown** | |
| | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue** **100 W. Randolph Avenue** **Level 7-410** **Chicago, IL 60601** | | - | | | | X | Unknown | **Unknown** | |
| | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 21126** **Philadelphia, PA 19114** | | - | | | | X | Unknown | **Unknown** | |
| | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __George J. Bahramis_____,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **1439-31 Sedgwick,Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| **1515 Diversey Development, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| **1515-17 W. Diversey, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| **1638 W. Warren, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | | X | **Unknown** |

__15__  continuation sheets attached

Subtotal
(Total of this page)                                                **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
S/N:23645-120126    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                            ,       Case No. _____

                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **1960 N. Damen, Inc.** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | | | | X | **Unknown** |
| **Account No.** <br><br> **215 East 31st Street, Inc.** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | | | | X | **Unknown** |
| **Account No.** <br><br> **215-217 E. 31st Stores, Inc.** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | | | | X | **Unknown** |
| **Account No.** <br><br> **219 East 31st Street Condominiums** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | | | | X | **Unknown** |
| **Account No.** <br><br> **219 East 31st Street Properties Inc** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | - | | | | | X | **Unknown** |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George J. Bahramis**                                    ,          Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **221 East 31st Street, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **223 East 31st Street, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **223-229 Custer, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **2239 N. Western, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **236 Waukegan Building, LLC** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George J. Bahramis** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **335-337 Custer, Inc.** 236 Waukegan Rd. Glenview, IL 60025 | - | | | | | X | **Unknown** |
| Account No. **409-411 North Commercial, Inc.** 236 Waukegan Rd. Glenview, IL 60025 | - | | | | | X | **Unknown** |
| Account No. **6155 N. RAVENSWOOD, INC.** 236 Waukegan Rd. Glenview, IL 60025 | - | | | | | X | **Unknown** |
| Account No. **6217 S. Kimbark, Inc.** 236 Waukegan Rd. Glenview, IL 60025 | - | | | | | X | **Unknown** |
| Account No. **Albion Greenview, LLC** 236 Waukegan Glenview, IL 60025 | - | | | | | X | **Unknown** |

Sheet no. __3__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George J. Bahramis**                                                      ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-x1008** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-8000** | X | - | Company PC | | | | 3,761.54 |
| Account No. **x-x1009** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-8000** | | - | Credit card purchases | | | | 5,652.88 |
| Account No. <br><br> **Andrea A. Raila** <br> **742 North LaSalle** <br> **Chicago, IL 60654** | X | - | | | | X | Unknown |
| Account No. <br><br> **Bank Financial** <br> **Deerfield, IL 60015** | X | - | 6155 N. Ravenswood Chicago, IL; <br> 236 Waukegan Rd., Glenview, IL; | | | | 1,763,080.00 |
| Account No. **xxxx-xxxx-xxxx-5254** <br><br> **Bank of America** <br> **Attn: Bankruptcy NC4-104-02-99** <br> **P.O. Box 26012** <br> **Greensboro, NC 27410** | | - | Credit card purchases | | | | 23,604.95 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,796,099.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **George J. Bahramis**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9685** | | | | | **Credit card purchases** | | | | |
| **Bank of America Attn: Bankruptcy NC4-104-02-99 P.O. Box 26012 Greensboro, NC 27410** | - | | | | | | | | **25,079.47** |
| Account No. | | | | | | | | | |
| **Barret Masonry, Inc. 4322 N. Lincoln Ave. Chicago, IL 60618** | - | | | | | | | X | **Unknown** |
| Account No. | | | | | **Legal Fees** | | | | |
| **Bauch & Michaels, LLC 53 W. Jackson Blvd. Suite 1115 Chicago, IL 60604** | - | | | | | | | | **6,180.81** |
| Account No. | | | | | | | | | |
| **Belmont & Hudson, LLC 236 Waukegan Rd. Glenview, IL 60025** | - | | | | | | | X | **Unknown** |
| Account No. | | | | | **2201 N. Cleveland, Chicago, IL** | | | | |
| **Belmont Bank & Trust 8250 W. Belmont Avenue Chicago, IL 60634** | - | | | | | | | | **112,111.00** |

Sheet no. **_5___** of **_15_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**143,371.28**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                                                                      ,      Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Belmont Bank & Trust**<br>**8250 W. Belmont Avenue**<br>**Chicago, IL 60634** | | - | **1533 N. Western Chicago, IL;**<br>**5172 S. Michigan Ave., Chicago, IL;**<br>**2113 W. Armitage, Chicago, IL;**<br>**1409 E. 71st Place, Chicago, IL;**<br>**1415 E. 71st Place, Chicago, IL;**<br>**Albion-Greenview, LLC** | | | | **5,465,864.00** |
| Account No. **xxxxxx1168**<br><br>**Belmont Bank & Trust**<br>**8250 W. Belmont Avenue**<br>**Chicago, IL 60634** | | - | | | | | **1,894.36** |
| Account No. **x8218**<br><br>**Bloomfield State Bank**<br>**PO Box 407**<br>**Bloomfield, IN 47424** | X | - | | | | | **460,273.01** |
| Account No.<br><br>**Cellcrete Decks**<br>**1879 N. Neltnor Blvd.**<br>**Suite 110**<br>**West Chicago, IL 60185** | | - | | | | X | **Unknown** |
| Account No. **xxxxxxxxxx0236**<br><br>**Chase Bank, N.A.**<br>**10 S. Dearborn St.**<br>**Chicago, IL 60603** | | - | **Line of credit** | | | | **9,497.38** |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,937,528.75**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                                            ,      Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1105** <br><br> **Chase Cardmember Services** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | - | Credit card purchases | | | | 22,169.44 |
| Account No. **9218** <br><br> **Citi Aadvantage Visa** <br> **Citi Corp.** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163** | | - | Credit card purchases | | | | 15,390.50 |
| Account No. **2214** <br><br> **Citi Platinum Select Card** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | | - | Credit card purchases | | | | 117,943.12 |
| Account No. **xx-xx-x8010** <br><br> **D. Wexler & Sons, Inc.** <br> **c/o Sophia Moraitis, Esq.** <br> **120 N. Green St., Suite 4F** <br> **Chicago, IL 60607** | X | - | D. Wexler & Sons, Inc. v. 6155 N. Ravenswood, Inc., et al., 11-CH-28010 | | | X | Unknown |
| Account No. <br><br> **DD Electric, Inc.** <br> **7702 W Addison** <br> **Chicago, IL 60634** | | - | | | | X | Unknown |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**155,503.06**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                              ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | X | |
| **DM Customworks** 4322 N. Lincoln Ave. Chicago, IL 60618 | | | | | | | **Unknown** |
| Account No. | | - | | | | X | |
| **EON Development, Inc.** 236 Waukegan Rd. Glenview, IL 60025 | | | | | | | **Unknown** |
| Account No. | | - | 3923-27 N. Clarendon, Chicago, IL; | | | | |
| **Fifth Third Bank** 1300 Meadow Rd. Northbrook, IL 60062 | | | | | | | **1,450,000.00** |
| Account No. | X | - | 335-37 Custer Ave., Evanston, IL; 223-229 Custer Ave., Evanston, IL; 1638 W. Waren, Chicago, IL; 1960 N. Damen, Chicago, IL; 2239-41 N. Western, Chicago, IL; 409-411 N. Commercial, Inc. | | | | |
| **First Bank of Highland Park** Highland Park, IL 60035 | | | | | | | **5,555,188.00** |
| Account No. | | - | 219 E. 31st Street, Chicago, IL; 645 Custer Ave., Evanston, IL | | | | |
| **First Midwest Bank** 17500 Oak Park Avenue Tinley Park, IL 60477 | | | | | | | **3,453,000.00** |

Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,458,188.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George J. Bahramis**                                         ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-x3268** <br><br> **First Midwest Bank** <br> **c/o Heavner, Scott, Beyers & Mihlar** <br> **111 E. Main St., Suite 200** <br> **Decatur, IL 62523** | X | - | **First Midwest Bank v. Bahramis, et al., 11-CH-03268** | | | X | **Unknown** |
| Account No. <br><br> **Fisher & Partners Structural** <br> **372 W. Ontario Suite 372** <br> **Chicago, IL 60654** | | - | | | | X | **Unknown** |
| Account No. <br><br> **George Christopher** <br> **240 S. Pecos** <br> **Denver, CO 80223** | | - | | | | | **2,000,000.00** |
| Account No. <br><br> **George Fountalas** <br> **5641 Crescent** <br> **Chicago, IL 60631** | X | - | | | | X | **1,000,000.00** |
| Account No. <br><br> **George J. Bahramis & Co., PC** <br> **236 Waukegan Rd.** <br> **Glenview, IL 60025** | | - | | | | X | **Unknown** |

Sheet no. __**9**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,000,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                                                ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GJB Development, Inc.** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **GJB Properties, LLC** **236 Waukegan Rd.** **Glenview, IL 60025** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Ground Engineering Consultants, Inc** **350 Pfingsten Rd.** **Suite 106** **Northbrook, IL 60062** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. xxxxxx0621 | | | Business Line of Credit | | | | |
| **Harris Bank** **PO Box 6201** **Carol Stream, IL 60197-6201** | X | - | | | | | |
| | | | | | | | **100,000.00** |
| Account No. | | | | | | | |
| **Hartshorne Plunkard Architecture** **232 N. Carpenter** **Chicago, IL 60607** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                                                           ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx6001<br><br>**Inland Bank and Trust**<br>**6111 W. Dempster St.**<br>**Morton Grove, IL 60053** | X | - | **1429 N. Sedgwick, Chicago, IL;**<br>**6217 S. Kimbark, Chicago, IL;**<br>**6240 S. Kimbark, Chicago, IL;**<br>**895 American Lane, Schaumburg, IL**<br>**Line of credit ($100,000)** | | | | **6,946,188.00** |
| Account No.<br><br>**J.V. Henik, Inc.**<br>**3158 S. River Rd.**<br>**Suite 121**<br>**Des Plaines, IL 60018** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Jeff and Sons Plumbing, Inc.**<br>**175 Sunflower Lane.**<br>**Bartlett, IL 60103** | | - | | | | X | **Unknown** |
| Account No.<br><br>**Lehman Design Consultants**<br>**180 W. Washington Blvd.**<br>**Suite 500**<br>**Chicago, IL 60602** | | - | | | | X | **Unknown** |
| Account No.<br><br>**MB Financial**<br>**321 North Clark, Suite 800**<br>**Chicago, IL 60610** | | - | **1515 W. Diversey Chicago, IL** | | | | **2,266,000.00** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,212,188.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George J. Bahramis**                                                  ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4370** <br><br> **MB Financial** <br> **PO Box 6261** <br> **Chicago, IL 60681-6261** | | - | | | | | | 138,040.82 |
| Account No. **xx-xx-x5639** <br><br> **MB Financial Bank, N.A.** <br> **c/o Aronberg Goldgehn Davis** <br> **330 N. Wabash Ave., Suite 1700** <br> **Chicago, IL 60611** | X | - | | **MB Financial Bank, N.A. v. George Bahramis, et al., 11-CH-15639** | | | X | Unknown |
| Account No. <br><br> **Mid-States Concrete Products Co.** <br> **500 S. Park Avenue** <br> **South Beloit, IL 61080** | | - | | | | | X | Unknown |
| Account No. **xx7-330** <br><br> **Mitchell F. Asher, Esq.** <br> **157 N. Brockway St.** <br> **Palatine, IL 60067** | | - | | **Legal Fees** | | | | 6,000.00 |
| Account No. <br><br> **MLT Consulting Engineers** <br> **440 N. Wells** <br> **Suite 750** <br> **Chicago, IL 60654** | | - | | | | | X | Unknown |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

144,040.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **George J. Bahramis**                                                    ,    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal Fees | | | | |
| **Much Shelist** **191 N. Wacker Dr.** **Suite 1800** **Chicago, IL 60606** | - | | | | | | **44,945.52** |
| Account No. **xx-xx-0770** | | | Northwest Millwork Co. v. Bahramis, et al., 10-M3-0770 | | | | |
| **Northwest Millwork Co.** **c/o Thomas D. Resnick, P.C.** **345 N. Quentin Rd.** **Palatine, IL 60067** | X - | | | | | X | **Unknown** |
| Account No. | | | 419-27 W. Belmont, Chicago, IL | | | | |
| **PNC Bank** **333 S. State St.** **Chicago, IL 60604** | - | | | | | | **6,500,000.00** |
| Account No. **xx-x-xx8530** | | | PNC Bank, N.A. v. George Bahramis, 09-L-008530 | | | | |
| **PNC Bank, N.A.** **c/o Reed Smith, LLP** **10 S. Wacker Dr., Suite 4000** **Chicago, IL 60606** | - | | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Premier Bank** **1210 Central** **Wilmette, IL 60091** | - | | | | | | **382,500.00** |

Sheet no. __13__ of __15__ sheets attached to Schedule of    Subtotal    **6,927,445.52**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __George J. Bahramis_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Pro Excavating, Inc. 7421 W. Archer Ave. Suite 1A Summit, IL 60501 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Rocha Plumbing, Inc. c/o Rene E. Rodriguez 3528 W 65TH PLACE Chicago, IL 60629 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Rosewood at Hyde Park, LLC 236 Waukegan Rd. Glenview, IL 60025 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Skyline Iron Works, Inc. c/o Richard J. Kramer 1434 STONEGATE ROAD La Grange Park, IL 60526 | | - | | | | X | Unknown |
| Account No. | | | 215-17 E. 31st Street, Chicago, IL | | | | |
| Washington Federal Bank 2869 South Archer Chicago, IL 60608 | X | - | | | | | 443,000.00 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 443,000.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **George J. Bahramis** ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-x-xx3115**<br><br>**Weis, Dubrock & Doody**<br>**1 North La Salle Street**<br>**Suite 1300**<br>**Chicago, IL 60602** | X | - | | | **Weis, Dubrock & Doody v. Bahramis, et al., 11-L-003115** | | | X | **Unknown** |
| Account No. **xx-xx-x9790**<br><br>**Yuri Star d/b/a New Age Concepts**<br>**c/o Fuksa Khorshid, LLC**<br>**70 W. Erie, 3rd Floor**<br>**Chicago, IL 60610** | X | - | | | **Yuri Star d/b/a New Age Concepts v. Bahramis, et al., 08-CH-19790** | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Total
(Report on Summary of Schedules)    **38,317,364.80**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **George J. Bahramis**                                        Case No.
_____   Chapter   **7**
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February  8, 2012**                    Signature   **/s/ George J. Bahramis**
_____   _____
**George J. Bahramis**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **George J. Bahramis**                                                      Case No.
_____                                        _____
                                    Debtor(s)                                Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................   $ _____ **0.00**

    Prior to the filing of this statement I have received ...........................................   $ _____ **0.00**

    Balance Due ...................................................................................................   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February  8, 2012**                                **/s/ Ariel Weissberg**
_____                **Ariel Weissberg 03125591**
                                                                    **Weissberg and Associates, Ltd.**
                                                                    **401 S. LaSalle St.**
                                                                    **Suite 403**
                                                                    **Chicago, IL 60605**
                                                                    **312-663-0004  Fax: 312-663-1514**
                                                                    **ariel@weissberglaw.com**

---

## WEISSBERG AND ASSOCIATES, LTD.

401 South LaSalle
Suite 403
Chicago, Illinois 60605

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
**ariel@weissberglaw.com**

February 6, 2012

Mr. George J. Bahramis
236 Waukegan Road
Glenview, IL 60025

By Email: gbahramis@gjbdev.com

**Re:   Financial Matters**

Dear Mr. Bahramis:

We are pleased that you have requested this law firm to represent you in the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of you.

We will bill you on a monthly basis based on an hourly basis--to be applied against the Advanced Payment Retainer. Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $400.00 per hour |
| Rakesh Khanna | $325.00 per hour |
| John B. Wolf: | $300.00 per hour |
| Paralegal: | $100.00 per hour |

You shall also be responsible for all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized research, travel, and other expenses and charges which are incurred by our firm in your representation.

Mr. George J. Bahramis
February 6, 2012
Page -2-


Please date and countersign this letter and return it to me together with a check payable to "Weissberg and Associates, Ltd." in the amount of the Advanced Payment Retainer so that we will have a written mutual memorandum of our understanding. Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

AW/hw

ACCEPTED this 6ᵗʰ day of ~~August~~ February, 2012 ~~2011~~

GEORGE J. BAHRAMIS

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy
Code.

      Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using
your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your
income and other factors. The court must approve your plan before it can take effect.

      After completing the payments under your plan, your debts are generally discharged except for domestic support obligations;
most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your
bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

      Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite
complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

      Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings
and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a
family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

      A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either
orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a
debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United
States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors,
assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not
filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The
documents and the deadlines for filing them are listed on Form B200, which is posted at
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **George J. Bahramis**                                                          Case No.
                                              Debtor(s)              Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy
Code.

| | | |
|---|---|---|
| **George J. Bahramis** | X **/s/ George J. Bahramis** | **February  8, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the
Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the
notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **George J. Bahramis** _____   Case No. _____

                            Debtor(s)         Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 8, 2012** _____    **/s/ George J. Bahramis** _____

                                             **George J. Bahramis**

                                           Signature of Debtor

.

1439-31 Sedgwick,Inc.
236 Waukegan Rd.
Glenview, IL 60025


1515 Diversey Development, Inc.
236 Waukegan Rd.
Glenview, IL 60025


1515 Diversey, LLC


1515-17 W. Diversey, Inc.
236 Waukegan Rd.
Glenview, IL 60025


1638 W. Warren, Inc.
236 Waukegan Rd.
Glenview, IL 60025


1960 N. Damen, Inc.
236 Waukegan Rd.
Glenview, IL 60025


215 East 31st Street, Inc.
236 Waukegan Rd.
Glenview, IL 60025


215-217 E. 31st Stores, Inc.
236 Waukegan Rd.
Glenview, IL 60025


215-217East 31st Street Stores, Inc


219 East 31st Street Condominiums
236 Waukegan Rd.
Glenview, IL 60025


219 East 31st Street Properties Inc
236 Waukegan Rd.
Glenview, IL 60025


219 East 31st Street, LLC

221 East 31st Street, Inc.
236 Waukegan Rd.
Glenview, IL 60025


223 East 31st Street, Inc.
236 Waukegan Rd.
Glenview, IL 60025


223-229 Custer, Inc.
236 Waukegan Rd.
Glenview, IL 60025


2239 N. Western, Inc.
236 Waukegan Rd.
Glenview, IL 60025


236 Waukegan Building, LLC
236 Waukegan Rd.
Glenview, IL 60025


335-337 Custer, Inc.
236 Waukegan Rd.
Glenview, IL 60025


409-411 North Commercial, Inc.
236 Waukegan Rd.
Glenview, IL 60025


6155 N. RAVENSWOOD, INC.
236 Waukegan Rd.
Glenview, IL 60025


6217  S. Kimbarck, LLC


6217 S. Kimbark, Inc.
236 Waukegan Rd.
Glenview, IL 60025


Albion Greenview, LLC
236 Waukegan
Glenview, IL 60025

American Express
Box 0001
Los Angeles, CA 90096-8000


Andrea A. Raila
742 North LaSalle
Chicago, IL 60654


Bank Financial
Deerfield, IL 60015


Bank of America
Attn: Bankruptcy NC4-104-02-99
P.O. Box 26012
Greensboro, NC 27410


Bank of America
P.O. Box 650070
Dallas, TX 75265


Barret Masonry, Inc.
4322 N. Lincoln Ave.
Chicago, IL 60618


Bauch & Michaels, LLC
53 W. Jackson Blvd.
Suite 1115
Chicago, IL 60604


Belmont & Hudson, LLC
236 Waukegan Rd.
Glenview, IL 60025


Belmont Bank & Trust
8250 W. Belmont Avenue
Chicago, IL 60634


Belmont Hudson


Bloomfield State Bank
PO Box 407
Bloomfield, IN 47424

Cellcrete Decks
1879 N. Neltnor Blvd.
Suite 110
West Chicago, IL 60185


Chase Auto Finance
PO Box 9001083
Louisville, KY 40290-1083


Chase Bank, N.A.
10 S. Dearborn St.
Chicago, IL 60603


Chase Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153


Citi Aadvantage Visa
Citi Corp.
P.O. Box 6000
The Lakes, NV 89163


Citi Platinum Select Card
PO Box 6500
Sioux Falls, SD 57117


City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082


Company PC
1534 HAWTHORNE LN
Glenview, IL 60025-2261


D. Wexler & Sons, Inc.
c/o Sophia Moraitis, Esq.
120 N. Green St., Suite 4F
Chicago, IL 60607


DD Electric, Inc.
7702 W Addison
Chicago, IL 60634

DM Customworks
4322 N. Lincoln Ave.
Chicago, IL 60618


Ed Gobbo
2039 North Western
Chicago, IL 60647


EON Development, Inc.
236 Waukegan Rd.
Glenview, IL 60025


Fifth Third Bank
1300 Meadow Rd.
Northbrook, IL 60062


First Bank of Highland Park
Highland Park, IL 60035


First Midwest Bank
17500 Oak Park Avenue
Tinley Park, IL 60477


First Midwest Bank
c/o Heavner, Scott, Beyers & Mihlar
111 E. Main St., Suite 200
Decatur, IL 62523


Fisher & Partners Structural
372 W. Ontario Suite 372
Chicago, IL 60654


George Christopher
240 S. Pecos
Denver, CO 80223


George Fountalas
5641 Crescent
Chicago, IL 60631


George J. Bahramis & Co., PC
236 Waukegan Rd.
Glenview, IL 60025

GJB Development, Inc.
236 Waukegan Rd.
Glenview, IL 60025


GJB Properties, LLC
236 Waukegan Rd.
Glenview, IL 60025


Ground Engineering Consultants, Inc
350 Pfingsten Rd.
Suite 106
Northbrook, IL 60062


Harris Bank
PO Box 6201
Carol Stream, IL 60197-6201


Hartshorne Plunkard Architecture
232 N. Carpenter
Chicago, IL 60607


Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601


Inland Bank and Trust
6111 W. Dempster St.
Morton Grove, IL 60053


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


J.V. Henik, Inc.
3158 S. River Rd.
Suite 121
Des Plaines, IL 60018


Jeff and Sons Plumbing, Inc.
175 Sunflower Lane.
Bartlett, IL 60103

JPMorgan Chase
35 Wacker Drive
Chicago, IL 60603


Lehman Design Consultants
180 W. Washington Blvd.
Suite 500
Chicago, IL 60602


MB Financial
321 North Clark, Suite 800
Chicago, IL 60610


MB Financial
PO Box 6261
Chicago, IL 60681-6261


MB Financial Bank, N.A.
c/o Aronberg Goldgehn Davis
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611


Merrill Lynch
PO Box 15289
Wilmington, DE 19886-5289


Mid-States Concrete Products Co.
500 S. Park Avenue
South Beloit, IL 61080


Mitchell F. Asher, Esq.
157 N. Brockway St.
Palatine, IL 60067


MLT Consulting Engineers
440 N. Wells
Suite 750
Chicago, IL 60654


Much Shelist
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

Northwest Millwork Co.
c/o Thomas D. Resnick, P.C.
345 N. Quentin Rd.
Palatine, IL 60067


Patty Bahramis
1534 Hawthorne
Glenview, IL 60025


Patty Bahramis


PNC Bank
333 S. State St.
Chicago, IL 60604


PNC Bank, N.A.
c/o Reed Smith, LLP
10 S. Wacker Dr., Suite 4000
Chicago, IL 60606


Premier Bank
1210 Central
Wilmette, IL 60091


Pro Excavating, Inc.
7421 W. Archer Ave.
Suite 1A
Summit, IL 60501


Rocha Plumbing, Inc.
c/o Rene E. Rodriguez
3528 W 65TH PLACE
Chicago, IL 60629


Rosewood at Hyde Park, LLC
236 Waukegan Rd.
Glenview, IL 60025


Skyline Iron Works, Inc.
c/o Richard J. Kramer
1434 STONEGATE ROAD
La Grange Park, IL 60526

Washington Federal Bank
2869 South Archer
Chicago, IL 60608


Weis, Dubrock & Doody
1 North La Salle Street
Suite 1300
Chicago, IL 60602


Yuri Star d/b/a New Age Concepts
c/o Fuksa Khorshid, LLC
70 W. Erie, 3rd Floor
Chicago, IL 60610