B6A (Official Form 6A) (12/07)

In re **George J. Bahramis** , Case No. **12-04459**
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1534 Hawthorne Lane, Glenview, IL (1/2 interest) (approx.) | Tenancy by the Entireties | - | 1,350,000.00 | 1,448,960.00 |
| 2201 N. Cleveland, Chicago, Illinois | Fee simple | - | 70,000.00 | 112,111.00 |
| 236 Waukegan Rd. Glenview, Illinois 60025 | Fee Simple | - | 275,000.00 | 486,244.00 |
| 441 Grant Place, Unit D, Chicago, IL 60614-3806 | Fee Simple | - | 275,000.00 | 601,917.52 |

Sub-Total > **1,970,000.00** (Total of this page)

Total > **1,970,000.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.
**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand (approx.)** | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase checking account #XXXXXXXXXXX3348 (approx.)** | - | 9.69 |
| | | **Belmont Bank and Trust checking account #XXXXXX6229 (approx.)** | - | 569.11 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods (approx.) (1/2 interest)** | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary wearing apparel (approx.)** | - | 1,000.00 |
| 7. Furs and jewelry. | | **Ring and watch** | - | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

| | Sub-Total > (Total of this page) | **4,278.80** |
|---|---|---|

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Entrust IRA Administration, Inc. Roth IRA Account #XXX2123 (approx.)** | - | 9,752.50 |
| | | **Entrust IRA Administration, Inc. SEP IRA Account #XXX1652 (approx.)** | - | 40,269.77 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **215-217 E. 31st Stores, Inc.** | - | 0.00 |
| | | **219 E. 31st Properties, Inc.** | - | 0.00 |
| | | **223-229 Custer, Inc.** | - | 0.00 |
| | | **335-337 Custer, Inc.** | - | 0.00 |
| | | **409-411 North Commercial, Inc.** | - | 0.00 |
| | | **895 American Lane, LLC** | - | 0.00 |
| | | **1429-31 Sedgwick, Inc.** | - | 0.00 |
| | | **1515-17 W. Diversey, Inc.** | - | 0.00 |
| | | **1515 Diversey Development, LLC** | - | 0.00 |
| | | **1638 W. Warren, Inc.** | - | 0.00 |
| | | **1960 N. Damen, Inc.** | - | 0.00 |
| | | **2113 W. Armitage, LLC** | - | 0.00 |
| | | **2239 N. Western, Inc.** | - | 0.00 |
| | | **3923-27 N. Clarendon, Inc.** | - | 0.00 |
| | | **5172 S. Michigan, LLC** | - | 0.00 |
| | | **6155 N. Ravenswood, Inc.** | - | 0.00 |
| | | **6217 S. Kimbark, Inc.** | - | 0.00 |

Sub-Total >   **50,022.27**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **George J. Bahramis**,    Case No. **12-04459**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Atlas Development of Illinois, Inc.** | - | 0.00 |
| | | **Belmont & Hudson, LLC** | - | 0.00 |
| | | **Belmont Hudson Development, Inc.** | - | 0.00 |
| | | **Chicago South Shore, LLC** | - | 0.00 |
| | | **EON Development, Inc.** | - | 0.00 |
| | | **George J. Bahramis & Co., P.C.** | - | 0.00 |
| | | **GJB Development, Inc.** | - | 0.00 |
| | | **Albion Greenview, LLC** | - | 0.00 |
| | | **215 East 31st, Inc.** | - | 0.00 |
| | | **219 East 31st, Inc.** | - | 0.00 |
| | | **221 East 31st, Inc.** | - | 0.00 |
| | | **225 East 31st, Inc.** | - | 0.00 |
| | | **227 East 31st., Inc.** | - | 0.00 |
| | | **409-411 W. North, Inc.** | - | 0.00 |
| | | **612 Mulford, Inc.** | - | 0.00 |
| | | **2232 W. Belmont, Inc.** | - | 0.00 |
| | | **2767 Prairie, Inc.** | - | 0.00 |
| | | **6240 S. Kimbark, Inc.** | - | 0.00 |
| | | **4,000 shares of Belmont Financial Corp.** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **George J. Bahramis**, Case No. **12-04459**
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Possible inheritance from the Estate of Theodora Baharamis (one of four siblings)** | - | **Unknown** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Infinity Q56 (approx.)** | - | **26,000.00** |
| | | **2008 Acura MDX (approx.)** | - | **18,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **44,000.00** |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **George J. Bahramis**                                    , Case No. __**12-04459**__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **0.00** |
|---|---|---|
|  | Total > | **98,301.07** |

Sheet __**4**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **George J. Bahramis**, Case No. **12-04459**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| 1534 Hawthorne Lane, Glenview, IL (1/2 interest) (approx.) | 735 ILCS 5/12-901<br>11 U.S.C. § 522(b)(3)(B) | 15,000.00<br>161,040.00 | 1,350,000.00 |
| **Cash on Hand** | | | |
| Cash on hand (approx.) | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| JP Morgan Chase checking account #XXXXXXXXXXX3348 (approx.) | 735 ILCS 5/12-1001(b) | 9.69 | 9.69 |
| Belmont Bank and Trust checking account #XXXXXX6229 (approx.) | 735 ILCS 5/12-1001(b) | 569.11 | 569.11 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel (approx.) | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Ring and watch | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Entrust IRA Administration, Inc. Roth IRA Account #XXX2123 (approx.) | 735 ILCS 5/12-704 | 9,752.50 | 9,752.50 |
| Entrust IRA Administration, Inc. SEP IRA Account #XXX1652 (approx.) | 735 ILCS 5/12-704 | 40,269.77 | 40,269.77 |
| **Equitable or Future Interests, Life Estates, etc.** | | | |
| Possible inheritance from the Estate of Theodora Baharamis (one of four siblings) | 735 ILCS 5/12-1001(b) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2010 Infinity Q56 (approx.) | 735 ILCS 5/12-1001(c) | 2,400.00 | 26,000.00 |
| | Total: | **230,741.07** | **1,428,301.07** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6G (Official Form 6G) (12/07)

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Anton and Anton**<br>236 Waukegan Road<br>Glenview, IL 60025 | **Office lease for 236 Waukegan Road, Glenview, Illinois** |
| **Danielle Olson**<br>2201 N. Cleveland<br>Chicago, IL 60614 | **Lease for 1 year at $850 per month** |
| **George J. Bahramis & Co., PC**<br>236 Waukegan Rd.<br>Glenview, IL 60025 | **Office lease for 236 Waukegan Road, Glenview, Illinois** |
| **Gerry Lawinigi, CPA**<br>236 Waukegan Road<br>Glenview, IL 60025 | **Office lease for 236 Waukegan Road, Glenview, Illinois** |
| **Greek Affairs Office**<br>236 Waukegan Road<br>Glenview, IL 60025 | **Office lease for 236 Waukegan Road, Glenview, Illinois** |
| **Kimberly Hirschey**<br>441 Grant Place Unit D<br>Chicago, IL 60614 | **Lease for 1 year at $2,300 per month** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1439-31 Sedgwick,Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Inland Bank and Trust**<br>**6111 W. Dempster St.**<br>**Morton Grove, IL 60053** |
| **1515 Diversey Development, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **MB Financial Bank, N.A.**<br>**c/o Aronberg Goldgehn Davis**<br>**330 N. Wabash Ave., Suite 1700**<br>**Chicago, IL 60611** |
| **1515 Diversey, LLC**<br>**236 Wuakegan Rd.**<br>**Glenview, IL 60025** | **George Fountalas**<br>**5641 Crescent**<br>**Chicago, IL 60631** |
| **1515-17 W. Diversey, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **MB Financial Bank, N.A.**<br>**c/o Aronberg Goldgehn Davis**<br>**330 N. Wabash Ave., Suite 1700**<br>**Chicago, IL 60611** |
| **1638 W. Warren, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **1960 N. Damen, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **215 East 31st Street, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Yuri Star d/b/a New Age Concepts**<br>**c/o Fuksa Khorshid, LLC**<br>**70 W. Erie, 3rd Floor**<br>**Chicago, IL 60610** |
| **215-217 E. 31st Stores, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Washington Federal Bank**<br>**2869 South Archer**<br>**Chicago, IL 60608** |
| **215-217East 31st Street Stores, Inc**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Andrea A. Raila**<br>**742 North LaSalle**<br>**Chicago, IL 60654** |
| **219 East 31st Street Condominiums**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Midwest Bank**<br>**c/o Heavner, Scott, Beyers & Mihlar**<br>**111 E. Main St., Suite 200**<br>**Decatur, IL 62523** |

**3** continuation sheets attached to Schedule of Codebtors

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **219 East 31st Street Properties Inc**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Midwest Bank**<br>**c/o Heavner, Scott, Beyers & Mihlar**<br>**111 E. Main St., Suite 200**<br>**Decatur, IL 62523** |
| **219 East 31st Street, LLC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Andrea A. Raila**<br>**742 North LaSalle**<br>**Chicago, IL 60654** |
| **221 East 31st Street, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Yuri Star d/b/a New Age Concepts**<br>**c/o Fuksa Khorshid, LLC**<br>**70 W. Erie, 3rd Floor**<br>**Chicago, IL 60610** |
| **223 East 31st Street, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Yuri Star d/b/a New Age Concepts**<br>**c/o Fuksa Khorshid, LLC**<br>**70 W. Erie, 3rd Floor**<br>**Chicago, IL 60610** |
| **223-229 Custer, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **2239 N. Western, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **236 Waukegan Building, LLC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Bank Financial**<br>**3443 W. Touhy**<br>**Lincolnwood, IL 60712** |
| **335-337 Custer, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Weis, Dubrock & Doody**<br>**1 North La Salle Street**<br>**Suite 1300**<br>**Chicago, IL 60602** |
| **409-411 North Commercial, Inc.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **6155 N. RAVENSWOOD, INC.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Bank Financial**<br>**3443 W. Touhy**<br>**Lincolnwood, IL 60712** |
| **6155 N. RAVENSWOOD, INC.**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **D. Wexler & Sons, Inc.**<br>**c/o Sophia Moraitis, Esq.**<br>**120 N. Green St., Suite 4F**<br>**Chicago, IL 60607** |
| **6217 S. Kimbarck, LLC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Andrea A. Raila**<br>**742 North LaSalle**<br>**Chicago, IL 60654** |

Sheet **1** of **3** continuation sheets attached to the Schedule of Codebtors

In re **George J. Bahramis**, Case No. **12-04459**
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 6217 S. Kimbark, Inc.<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Inland Bank and Trust<br>6111 W. Dempster St.<br>Morton Grove, IL 60053 |
| Belmont & Hudson, LLC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | City of Chicago<br>8212 Innovation Way<br>Chicago, IL 60682-0082 |
| Belmont & Hudson, LLC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Weis, Dubrock & Doody<br>1 North La Salle Street<br>Suite 1300<br>Chicago, IL 60602 |
| Belmont & Hudson, LLC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | George Fountalas<br>5641 Crescent<br>Chicago, IL 60631 |
| Ed Gobbo<br>2039 North Western<br>Chicago, IL 60647 | Yuri Star d/b/a New Age Concepts<br>c/o Fuksa Khorshid, LLC<br>70 W. Erie, 3rd Floor<br>Chicago, IL 60610 |
| EON Development, Inc.<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Inland Bank and Trust<br>6111 W. Dempster St.<br>Morton Grove, IL 60053 |
| George J. Bahramis & Co., PC<br>1534 HAWTHORNE LN<br>Glenview, IL 60025-2261 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 |
| George J. Bahramis & Co., PC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Harris Bank<br>PO Box 6201<br>Carol Stream, IL 60197-6201 |
| George J. Bahramis & Co., PC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Weis, Dubrock & Doody<br>1 North La Salle Street<br>Suite 1300<br>Chicago, IL 60602 |
| GJB Development, Inc.<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Weis, Dubrock & Doody<br>1 North La Salle Street<br>Suite 1300<br>Chicago, IL 60602 |
| GJB Development, Inc.<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Northwest Millwork Co.<br>c/o Thomas D. Resnick, P.C.<br>345 N. Quentin Rd.<br>Palatine, IL 60067 |
| GJB Properties, LLC<br>236 Waukegan Rd.<br>Glenview, IL 60025 | Bank Financial<br>3443 W. Touhy<br>Lincolnwood, IL 60712 |

Sheet **2** of **3** continuation sheets attached to the Schedule of Codebtors

Sheet **3** of **3**

In re   **George J. Bahramis**                                                                   ,          Case No.   **12-04459**
                                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GJB Properties, LLC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **D. Wexler & Sons, Inc.**<br>**c/o Sophia Moraitis, Esq.**<br>**120 N. Green St., Suite 4F**<br>**Chicago, IL 60607** |
| **Patty Bahramis**<br>**1534 Hawthorne**<br>**Glenview, IL 60025** | **Merrill Lynch**<br>**PO Box 15289**<br>**Wilmington, DE 19886-5289** |
| **Patty Bahramis**<br>**1534 Hawthorne**<br>**Glenview, IL 60025** | **First Bank of Highland Park**<br>**633 Skokie Blvd.**<br>**Northbrook, IL 60062** |
| **Rosewood at Hyde Park, LLC**<br>**236 Waukegan Rd.**<br>**Glenview, IL 60025** | **Bloomfield State Bank**<br>**PO Box 407**<br>**Bloomfield, IN 47424** |

Sheet **3** of **3** continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **George J. Bahramis**     Case No. **12-04459**
                     Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son**<br>**Daughter** | AGE(S):<br>**10**<br>**3**<br>**5**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accountant** | |
| Name of Employer | **George J. Bahramis & Co., P.C.** | |
| How long employed | **27 years** | |
| Address of Employer | **236 Waukegan Rd.**<br>**Glenview, IL 60025** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **4,000.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **4,000.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **306.00** | $ **N/A** |
|     b. Insurance | $ **0.00** | $ **N/A** |
|     c. Union dues | $ **0.00** | $ **N/A** |
|     d. Other (Specify): **State taxes** | $ **200.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **506.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,494.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **2,500.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,500.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,994.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,994.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **George J. Bahramis**     Case No. **12-04459**

                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 3,250.00 |
|    a. Are real estate taxes included?     Yes ___     No **X** | |
|    b. Is property insurance included?     Yes ___     No **X** | |
| 2. Utilities:     a. Electricity and heating fuel | $ 405.00 |
|                   b. Water and sewer | $ 139.00 |
|                   c. Telephone | $ 130.00 |
|                   d. Other **Cable TV** | $ 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ 300.00 |
| 4. Food | $ 1,400.00 |
| 5. Clothing | $ 800.00 |
| 6. Laundry and dry cleaning | $ 110.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                   a. Homeowner's or renter's | $ 191.00 |
|                   b. Life | $ 0.00 |
|                   c. Health | $ 0.00 |
|                   d. Auto | $ 125.00 |
|                   e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify) **Real estate taxes** | $ 1,598.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                   a. Auto | $ 789.00 |
|                   b. Other | $ 0.00 |
|                   c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
|      Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 10,027.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 5,994.00 |
| b.   Average monthly expenses from Line 18 above | $ 10,027.00 |
| c.   Monthly net income (a. minus b.) | $ -4,033.00 |